■ EUGENE F. WESTRICK, Appellant, v COUNTY OF STEUBEN, Respondent. (Appeal No. 2.) [765 NYS2d 545] —Appeal from an order of Supreme Court, Steuben County (Latham, J.), entered November 6, 2002, which denied plaintiff's "motion to renew/reargue" with respect to the order in appeal No. 1.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Westrick v County of Steuben* (309 AD2d 1246 [2003]). Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Hayes, JJ.